UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*<br><br>*Defendants*,<br><br>v.<br><br>SOUTH FORK COAL COMPANY, LLC,<br><br>*Defendant-Intervenor*. | Civil Action No. 5:24-cv-00274<br>(Chief Judge Volk) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Center for Biological Diversity, Appalachian Voices, Greenbrier River Watershed Association, Kanawha Forest Coalition, Sierra Club, and West Virginia Highlands Conservancy move this Court to grant summary judgment in their favor. Fed. R. Civ. P. 56. Defendants United States Forest Service ("Forest Service"), Randy Moore, Chief of the Forest Service, and Jason Hattersley, Gauley District Forest Service Ranger, (collectively, Federal Defendants or Forest Service) violated the Endangered Species Act ("ESA"), National Environmental Policy Act ("NEPA"), and Administrative Procedure Act ("APA") by failing to comply with endangered species consultation requirements of the ESA and environmental review requirements of NEPA before issuing Road Use Permit FS-7700-41 ("RUP") to allow private mining company South Fork Coal Company ("SF Coal") to use Forest Service roads in the

Monongahela National Forest ("MNF") to haul coal and coal mining equipment and supplies within the Cherry River watershed.

Plaintiffs respectfully request that the Court vacate the RUP due to the Forest Service's failure to complete consultation with FWS, in violation of section 7(a)(2) of the ESA, and failure to conduct an environmental review, in violation of NEPA.

DATED: November 26, 2024                Respectfully submitted,

/s/ Margaret E. Townsend
Margaret E. Townsend
Visiting Attorney
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

Ryan Adair Shannon
Visiting Attorney
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6407
rshannon@biologicaldiversity.org

Lindsay E. Reeves
Visiting Attorney
Center for Biological Diversity
3436 Magazine Street, FRNT PMB 539
New Orleans, LA 70115
(504) 342-4337
lreeves@biologicaldiversity.org

/s/ Benjamin A Luckett
Benjamin A Luckett (WVSB No. 11463)
Amanda Demmerle (WVSB No. 13930)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 873-6080
bluckett@appalmad.org

                      (757) 650-2774
                      ademmerle@appalmad.org

*Counsel for Plaintiffs Center for Biological Diversity, Appalachian Voices, Greenbrier River Watershed Association, Kanawha Forest Coalition, Sierra Club, and West Virginia Highlands Conservancy*