UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

CENTER FOR BIOLOGICAL DIVERSITY and
APPALACHIAN VOICES and
GREENBRIER RIVER WATERSHED ASSOCIATION and
KANAWHA FOREST COALITION and
SIERRA CLUB and
WEST VIRGINIA HIGHLANDS CONSERVANCY,

      Plaintiffs,

v.                                                 CIVIL ACTION NO. 5:24-cv-00274

UNITED STATES FOREST SERVICE and
RANDY MOORE *in his official capacity as*
*Chief of the Forest Service* and
JASON HATTERSLEY *in his official capacity*
*as Gauley District Ranger of the Forest Service,*

      Defendants.

v.

SOUTH FORK COAL COMPANY, LLC,

      Intervenor Defendant.

**ORDER**

On February 11, 2025, Intervenor Defendant South Fork Coal Company, LLC ("South Fork") filed a Notice of Suggestion of Bankruptcy and Request for Status Conference. [Doc. 66]. On February 18, 2025, the Court directed the parties to respond to the Notice and Request, to which they responded on February 21, 2025. [Docs. 67, 70, 71]. The breadth of an automatic stay is extensive, and questions respecting its scope are best determined by the presiding bankruptcy judge. *See* 11 U.S.C. § 362(a). Inasmuch as South Fork, its parent company, and certain

2

affiliates have filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, the Court **ORDERS** this matter be **STAYED** and **RETIRED** to the inactive docket.

      The Court **DIRECTS** the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

      ENTER:    February 26, 2025

Frank W. Volk
Chief United States District Judge