# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Case No.  5:24-cv-00274 ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) **DECLARATION OF ROBERT PHILLIPS** ) ) |
| *Federal Defendants*, | ) ) |
| v. | ) ) |
| SOUTH FORK COAL COMPANY, LLC, | ) ) ) |
| *Intervenor Defendant*. | ) ) ) ) |

I, Robert Phillips, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am currently employed as a Technical Services Staff Officer with the United States Forest Service, Monongahela National Forest (the "Forest"). I have held this position since August 2021. I have been employed by the Forest Service since September 2018. My assigned duty station is the Forest's headquarters in Elkins, Randolph County, West Virginia.

2.      As the Technical Services Staff Officer for the Forest, I supervise the staff responsible for the review, issuance and administration of Road Use Permits and Special Use Permits issued by the Forest. I am responsible for ensuring that these permits are properly processed and administered in accordance with applicable laws, regulation and Forest Service policy. My duties include overseeing inspections conducted by staff and coordination with permittees and other agencies as needed.

3.      In June 2021, South Fork Coal Company, LLC applied for a Road Use Permit ("RUP") to haul coal on Forest Service Road 249 ("FS 249") and use Forest Service Road 223 ("FS 223") as a service road.

4.      The majority of FS 223 (approximately 3.81 miles in total length) lies within Greenbrier County, West Virginia. The entirety of FS 249 (approximately 1.2 miles) lies within Pocahontas County, West Virginia. FS 223 and FS 249 connect to County Roads 39/4 and 29/4.

5.      The Forest Service approved this RUP application and issued the RUP on September 29, 2021, with an expiration date of September 1, 2031. The permit is not renewable.

1

When issuing the RUP, the Forest Service also approved South Fork Coal Company's Operating Plan which included various maintenance activities necessary to haul oversized loads on FS 249, including but not limited to, resurfacing of FS 249 with limestone aggregate, replacement of culverts as necessary, creating positive drainage of ditches, and erosion and sediment control measures consistent with routine road maintenance.

6.    Upon information and belief, South Fork Coal Company, LLC has used FS 249 for coal hauling and FS 223 for material hauling activities as provided in the RUP since it was issued.

7.    In February 2025, the Forest Service met with South Fork Coal Company, LLC and discussed the Company's plans to submit requests for Special Use Permit for use of FS 249 and a new RUP for the use of 223 to continue their hauling activities.

8.    On May 8, 2025, South Fork Coal Company, LLC applied for a Special Use Permit to use Forest Road 249 for coal hauling. The Forest Service accepted the application on May 15, 2025.

9.    In preparation of receiving these new applications, these requests are being analyzed under the special use regulations under 36 C.F.R. Subpart B, which governs the procedures for the Forest Service to consider, review and decide on all uses of National Forest System lands which are considered "special uses", 36 C.F.R. 251.50(a), which will include the appropriate NEPA and ESA analyses.

10.    The Forest Service anticipates being able to complete any necessary NEPA analysis and ESA consultation in September 2025.

11.    If, after completing any necessary NEPA and ESA analyses, the Forest Service grants South Fork Coal Company's special use permit application for FS 249, the Forest Service will simultaneously re-issue a modified Road Use Permit to South Fork Coal Company to continue use of FS 223 for transportation of equipment and materials.

12.    The Forest Service, through counsel, is aware that South Fork Coal Company is in the process of navigating a bankruptcy that may result in the sale of South Fork Coal Company's assets. Neither road use permits nor special use permits are transferable or assignable. Therefore, if South Fork Coal Company ceased to exist, any active road use permits or special use permit applications would be null and void. If the new purchaser of South Fork Coal Company's assets wished to use FS 249 or FS 223 for coal or commercial hauling purposes, they would be required to apply to the Forest Service for the appropriate permits.

I swear under penalty of perjury that the foregoing is true and correct.

ROBERT PHILLIPS    Digitally signed by ROBERT PHILLIPS
Date: 2025.07.29 12:54:24 -04'00'

Dated this 29th day of July, 2025.    _____
Robert Phillips, P.E.

2